UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD D. VETETO,

Plaintiff,

v.

Civil Action No. 05-2154

DOUGLAS H. GINSBURG, *et al.*,

Defendants.

### MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. Plaintiff sues judges of the United States Court of Appeals for the District of Columbia Circuit. He alleges that the defendants have denied him access to the federal courts in violation of the First and Fifth Amendments to the United States Constitution by, among other things, requiring plaintiff's compliance with the Prison Litigation Reform Act, *see* 28 U.S.C. § 1915.

Defendants enjoy absolute immunity from liability for damages for acts committed within their judicial jurisdiction. *See Mirales v. Waco*, 502 U.S. 9 (1991); *Forrester v. White*, 484 U.S. 219 (1988); *Bradley v. Fisher*, 13 Wall. 335, 20 L.Ed. 646 (1872). The Court will dismiss the complaint because it fails to state a claim on which relief can be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1). An Order consistent with this Memorandum is issued separately on this same date.

DATE: Dec. 12, 2005

United States District Judge