# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5107**                                    **September Term, 2006**

                                                       05cv02154

                                   **Filed On:**

Ronald D. Veteto,
      Appellant

v.

Douglas Ginsburg, et al.,
      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV 29 2006

CLERK

### ORDER

    By order filed August 4, 2006, appellant was directed to pay the $255.00 filing and docketing fee by September 5, 2006. To date, appellant has not complied with the Court's August 4, 2006 order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 1/25/07
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: [signature]
Linda Jones
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk